United States District Court

Northern District of California

JOSEPH MCINERNEY,

        Plaintiff,

   vs.

CITY OF SAN JOSE, et al.,

        Defendants.

Case No.: 11-3018 CW

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL

On October 19, 2011, this Court granted Plaintiff Jospeh McInerney's application to proceed in forma pauperis and dismissed his complaint under 28 U.S.C. § 1915(a) because, even interpreted liberally, Plaintiff's allegations did not state a claim upon which relief could be granted. On November 23, 2011, the Court denied Plaintiff's motion to alter or amend the judgment. On December 23, 2011, Plaintiff filed a notice of appeal and an application to proceed in forma pauperis on appeal. On January 4, 2012, the Ninth Circuit referred this matter to this Court for the limited purpose of determining whether in forma pauperis status should continue.

The Court finds that this appeal is frivolous and denies Plaintiff's application to proceed in forma pauperis on appeal.

IT IS SO ORDERED.

Claudia Wilken
United States District Judge